IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Willard Max Imamoto, ) | 1:09-CV-0038-HG-BMK |
| Plaintiff,  ) | |
| vs.  ) | |
| Kahi Mohala Hospital, ) NaomiMorgan, Dudley Akama and ) The Department of Attorney  ) General,  ) | |
| Defendants. ) | |

**<u>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 3) BE DENIED</u>**

Findings and Recommendation having been filed and served on all parties on March 10, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, Doc. 5, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 8, 2009.



/S/ Helen Gillmor

Helen Gillmor
Chief United States District Judge